UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

KENNY LEE,

Plaintiff,

v.

GARZA,

Defendant.

Case No. 1:25-cv-00990-EPG (PC)

**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

Kenny Lee, A#073878059 (former CDCR #J-37248), a necessary and material witness in a settlement conference in this case on October 15, 2026, is confined in California City Immigration Processing Center, California City, CA, in the custody of the Warden. In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Frank J. Singer, by **Zoom video conference** from his place of confinement, on Thursday, October 15, 2026 at 10:00 a.m.

ACCORDINGLY, IT IS ORDERED:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above, by Zoom video conference, to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by the court. Zoom video conference connection information will be supplied via separate email.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

3. The Clerk of the Court is directed to serve a copy of this order on the Warden of California City Immigration Processing Center at 22844 Virginia Boulevard, California City, CA 93505 or via fax or email.

4. Any difficulties connecting to the Zoom video conference shall immediately be reported to Esther Valdez, Courtroom Deputy, at evaldez@caed.uscourts.gov.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: Warden, California City Immigration Processing Center, 22844 Virginia Boulevard, California City, CA 93505:**

**WE COMMAND** you to produce the inmate named above to testify before Judge Singer at the time and place above, by Zoom video conference, until completion of the settlement conference or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated: **September 15, 2026**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE