UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNY LEE,<br>Plaintiff,<br>v.<br>GARZA,<br>Defendant. | Case No. 1:25-cv-00990-EPG (PC)<br><br>ORDER VACATING ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM<br><br>(ECF No. 27) |

On September 15, 2026, the Court issued an order and writ of habeas corpus ad testificandum for Plaintiff's custodian to produce him for a Zoom video settlement conference before Magistrate Judge Frank J. Singer, on Thursday, October 15, 2026, at 10:00 a.m. (ECF No. 27).

However, on September 28, 2026, Plaintiff confirmed that he is no longer located at the California City Immigration Processing Center and now resides in South Korea. (ECF No. 29).

Accordingly, IT IS ORDERED as follows:

1. The Court's September 15, 2026, order and writ of habeas corpus ad testificandum is vacated.[1] (ECF No. 27).

[1] The Court will contact Plaintiff separately to arrange for video appearance at the settlement conference.

2. The Clerk of the Court is directed to serve a copy of this order on the Warden of California City Immigration Processing Center at 22844 Virginia Boulevard, California City, CA 93505 or via fax or email.

IT IS SO ORDERED.

Dated: **October 1, 2026**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE