UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

KENNY LEE,

Plaintiff,

v.

GARZA,

Defendant.

Case No. 1:25-cv-00990-EPG (PC)

ORDER RESCHEDULING SETTLEMENT CONFERENCE FROM OCTOBER 15, 2026, TO NOVEMBER 3, 2026

(ECF No. 26)

This case is currently set for a video settlement conference on October 15, 2026, at 10:00 a.m. before the undersigned. (ECF No. 26)

Due to Plaintiff's recent relocation to South Korea, the time difference between the court and South Korea, and with the agreement of the parties, the settlement conference shall be rescheduled from Thursday, October 15, 2026, at 10:00 a.m., to Tuesday, November 3, 2026, at 2:00 p.m., Pacific Standard Time (Wednesday, November 4, 2026, at 7:00 a.m., Korea Standard Time), before the undersigned via Zoom videoconference.

Accordingly, IT IS HEREBY ORDERED as follows:

1. This case is set for a video settlement conference, via the Zoom videoconferencing application, before Magistrate Judge Frank J. Singer on Tuesday, November 3, 2026, at 2:00 p.m., Pacific Standard Time (Wednesday, November 4, 2026, at 7:00 a.m., Korea Standard Time).

2. A representative with full and unlimited authority to negotiate and enter into a binding settlement shall attend via the Zoom videoconferencing application.
3. Those in attendance must be prepared to discuss the claims, defenses and damages. The failure or refusal of any counsel, party or authorized person subject to this order to appear in person may result in the cancellation of the conference and the imposition of sanctions.
4. Plaintiff and counsel for Defendant shall each contact Courtroom Deputy Esther Valdez at (559) 499-5788 or evaldez@caed.uscourts.gov for the Zoom video and dial-in information, including any necessary passcodes, for all parties.
5. Defendant shall provide a confidential settlement statement to the following email address: fjsorders@caed.uscourts.gov. Plaintiff may email or mail his confidential settlement statement to U.S. District Court, 2500 Tulare Street, Fresno, California 93721, "Attention: Magistrate Judge Frank J. Singer." The envelope shall be marked "Confidential Settlement Statement." Settlement statements shall arrive no later than October 27, 2026. Parties shall also file a Notice of Submission of Confidential Settlement Statement (See Local Rule 270(d)). Settlement statements should not be filed with the Clerk of the Court nor served on any other party. Settlement statements shall be clearly marked "Confidential" with the date and time of the settlement conference indicated prominently thereon.
6. The confidential settlement statement shall be no longer than five pages in length, typed or neatly printed, and include the following:
    a. A brief statement of the facts of the case.
    b. A brief statement of the claims and defenses, i.e., statutory or other grounds upon which the claims are founded; a forthright evaluation of the parties' likelihood of prevailing on the claims and defenses; and a description of the major issues in dispute.
    c. An estimate of the cost and time to be expended for further discovery, pretrial, and trial.
    d. The party's position on settlement, including present demands and offers and a history of past settlement discussions, offers, and demands.
    e. A brief statement of each party's expectations and goals for the settlement conference, including how much a party is willing to accept and/or willing to pay.

f. If parties intend to discuss the joint settlement of any other actions or claims not in this suit, give a brief description of each action or claim as set forth above, including case number(s) if applicable.

7. If a settlement is reached at any point during the stay of this action, the parties shall file a Notice of Settlement in accordance with Local Rule 160.

8. The parties remain obligated to keep the court informed of their current address at all times during the stay and while the action is pending. Any change of address must be reported promptly to the court in a separate document captioned for this case and entitled "Notice of Change of Address." See Local Rule 182(f).

9. A failure to follow these procedures may result in the imposition of sanctions by the court.

IT IS SO ORDERED.

Dated: **October 6, 2026**

UNITED STATES MAGISTRATE JUDGE