UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNY LEE,<br><br>Plaintiff,<br><br>v.<br><br>GARZA,<br><br>Defendant. | Case No. 1:25-cv-00990-EPG<br><br>ORDER FOLLOWING SETTLEMENT CONFERENCE, VACATING DATES, AND DIRECTING PARTIES TO FILE DISPOSITIVE DOCUMENTS<br><br>(ECF No. 31) |

The Court conducted a settlement conference in this action on November 3, 2026, at which the parties reached a settlement agreement. The parties will prepare a settlement agreement.

Based upon the settlement of this action, IT IS HEREBY ORDERED that:

1. All pending matters and dates in this action are VACATED; and
2. The parties shall file dispositive documents within sixty (60) days of entry of this order.

IT IS SO ORDERED.

Dated: **November 4, 2026**

UNITED STATES MAGISTRATE JUDGE